975 A.2d 1083

1st OPTION TITLE CO./CASS MULLER, First Franklin Financial, Countrywide, J.P. Morgan Chase/Bellamy/Merj/A & S Services, Respondents

v.

Donald HAYES and Sonya Michelle Bonair a/k/a Sonya E.H. Baker, Petitioners.

No. 63 EM 2009.

Supreme Court of Pennsylvania.

July 15, 2009.

## ORDER

PER CURIAM.

AND NOW, this 15th day of July, 2009, the "Petition for Review of Order Denying Stay of Eviction" is DENIED.

975 A.2d 1084

COMMONWEALTH of Pennsylvania, Respondent

v.

Thaddeus FORD, Petitioner.

No. 65 EM 2009.

Supreme Court of Pennsylvania.

July 15, 2009.

## ORDER

PER CURIAM.

AND NOW, this 15th day of July, 2009, the "Application to Request Permission to File an Appeal Out of Time" is DENIED.